Argued October 27, affirmed October 27, petition for review
denied November 8, 1972

RENWICK, *Appellant, v.* MYERS ET AL,
*Respondents.*

501 P2d 1300

*Leo Levenson,* Portland, argued the cause for appellant. With him on the brief were Patrick J. Furrer, Glenn Walker, and Christopher Bishop, Tigard.

*John W. Osburn,* Solicitor General, Salem, and *Edward J. Sullivan,* Washington County Counsel, Hillsboro, argued the cause for respondent. With them on the brief was Lee Johnson, Attorney General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FORT, Judges.

AFFIRMED FROM THE BENCH.